# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Arthur Barnes,<br><br>                Plaintiffs,<br><br>   v.<br><br>Spirit AeroSystems Inc,<br><br>                Defendant. | Case No. 2:24-cv-00485-GMN-DJA<br><br>**Order** |

      This matter is before the Court on Plaintiff's filing of documents on March 11, 2024. Since that date, Plaintiff has failed to pay the filing fee or submit an application to proceed *in forma pauperis*. Although Plaintiff initiated this action by filing documents, he must apply to proceed *in forma pauperis* to proceed with this civil action without prepaying the full $405 filing fee. The Court will grant Plaintiff one opportunity to file such an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 on or before **April 19, 2024** to proceed with this case.

      **IT IS THEREFORE ORDERED** that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis*, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

      **IT IS FURTHER ORDERED** that on or before **April 19, 2024,** Plaintiff will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee) or file with the Court a completed **Application to Proceed *in Forma Pauperis*** on this Court's approved form.

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before **April 19, 2024**, the Court will recommend the dismissal of this action.

DATED: March 20, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE